1

2

3

4

5

6

7

8              UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   DAVOOD KHADEMI,                    No.  2:23-cv-0280 KJN P

12              Petitioner,

13        v.                            ORDER AND FINDINGS &
                                        RECOMMENDATIONS
14   NORTH KERN STATE PRISON and
     SALINAS VALLEY STATE PRISON,
15
              Respondents.
16

17

18        By order filed February 7, 2023, petitioner's § 2255 motion was dismissed and thirty days

19   leave to file an amended petition for writ of habeas corpus was granted.  Subsequently, petitioner

20   filed a motion to stay, but failed to file a petition.  On April 11, 2023, petitioner was granted

21   another thirty days in which to file a petition and was provided the standards for seeking a stay

22   pending exhaustion of state court remedies.  Thirty days from that date have now passed, and

23   petitioner has not filed a petition that complies with the February 7, 2023, or April 11, 2023

24   orders, or otherwise responded to the April 11, 2023 order.

25        In accordance with the above, IT IS HEREBY ORDERED that the Clerk of the Court is

26   directed to assign a district judge to this case; and

27        IT IS RECOMMENDED that this action be dismissed without prejudice.  See Local Rule

28   110; Fed. R. Civ. P. 41(b).

1

1       These findings and recommendations are submitted to the United States District Judge

2  assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days

3  after being served with these findings and recommendations, plaintiff may file written objections

4  with the court and serve a copy on all parties.  Such a document should be captioned

5  "Objections to Magistrate Judge's Findings and Recommendations."  Plaintiff is advised that

6  failure to file objections within the specified time may waive the right to appeal the District

7  Court's order.  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

8  Dated:  May 23, 2023

9

10                                                    _____
                                                      KENDALL J. NEWMAN
                                                      UNITED STATES MAGISTRATE JUDGE
11  /khad0280.fta

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28