1
2
3
4
5
6
7
8                        UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   DAVOOD KHADEMI,                          No.  2:23-cv-0280 WBS KJN P

12                     Petitioner,

13           v.                                ORDER

14   NORTH KERN VALLEY STATE
     PRISON, et al.,
15
                      Respondents.
16

17

18          This habeas action was dismissed on July 5, 2023.  On October 12, 2023, petitioner filed a

19   motion to stay pending criminal proceedings.  (ECF No. 11.)  However, this case was terminated

20   because petitioner did not file an amended habeas petition as ordered.  Moreover, court records

21   confirm that petitioner also filed a motion to stay habeas proceedings in Khademi v. INS, No.

22   2:23-cv-1884 TLN DB P (E.D. Cal.), which appears duplicative of the instant motion for stay,

23   and remains pending.  Id. (ECF No. 8.)  Therefore, the instant motion is disregarded.  Petitioner

24   should refrain from filing further documents in this closed case.  Documents filed by petitioner

25   since the closing date will be disregarded and no orders will issue in response to future filings.

26   ////

27   ////

28   ////

                                            1

Accordingly, IT IS HEREBY ORDERED that petitioner's October 12, 2023 filing (ECF No. 11) is disregarded, and no orders will issue in response to future filings in this closed action.

Dated:  January 10, 2024

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/khad0280.158